**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**


COMMONWEALTH OF PENNSYLVANIA,    :   No. 53 MAL 2022

             Respondent           :

                                   :   Petition for Allowance of Appeal
                                   :   from the Order of the Superior Court
             v.                 :

                                   :

RANCOURT WOODELL,                  :

                                   :
             Petitioner              :


## ORDER


**PER CURIAM**

      **AND NOW**, this 22nd day of June, 2022, the Petition for Allowance of Appeal is **DENIED**.